ACCEPTED
03-15-00237-CR
12896951
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/26/2016 12:06:12 PM
JEFFREY D. KYLE
CLERK

## Attorney at Law

John Kuchera
210 N. 6th St.
Waco, TX 76701

Telephone (254)754-3075
Fax (254)756-2193

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/26/2016 12:06:12 PM
JEFFREY D. KYLE
Clerk

September 26, 2016

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

Re:    State of Texas v. Christopher Ray Weatherspoon
       Trial Court Case No. 71839
       Appeal No. 03-15-00237-CR

To The Third Court of Appeals:

Please consider this letter as my certification, pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure, that I have sent the appellant a copy of Third Court's Opinion and Judgment in the above-referenced matter, along with a letter advising him of his right to file a petition for discretionary review. A copy of the confirmation is attached.

Sincerely,

John Kuchera

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Weatherspoon
TDCJ# 01987445
Gurney Unit
1385 Fm 3328
Tennessee Colony, Tx 75803

9590 9402 1981 6123 2925 07

2. Article Number *(Transfer from service label)*

7013 2630 0002 1303 9127

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *M Franklin*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

M Franklin  1-2-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**USPS TRACKING #**



9590 9402 1481 6123 2925 07

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

John A. Kuchera
Attorney at Law
210 N. 6th Street
Waco, TX 76701

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10